### Ex parte Ivan POOLE.
### No. 16409.

Court of Criminal Appeals of Texas.
Oct. 11, 1933.

Taylor & Irwin, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

This is an appeal from a habeas corpus proceeding had in the district court of Dallas county.

Upon the written request of appellant, duly verified by his affidavit, the appeal is dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.